

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSHUA MICHAEL HODNETT, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00544 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| H.L. WHITE, ) | By: Hon. Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

ORDERED

that Hodnett's action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 4th day of December, 2008.

Senior United States District Judge